No. 1021. WILLMUT GAS & OIL CO. *v.* UNITED GAS PIPE LINE CO. ET AL. Supreme Court of Mississippi. Certiorari denied. *Garner W. Green, Sr.* for petitioner. *Thomas Fletcher* and *C. Huffman Lewis* for respondents. *Bryce Rea, Jr.* filed a brief for the City of Hattiesburg, Mississippi, as *amicus curiae,* in support of the petition for a writ of certiorari.

No. 1025. BERLINER ET AL. *v.* DISTRICT OF COLUMBIA. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Milton W. King, Bernard I. Nordlinger, Wallace Luchs, Jr.* and *Robert B. Frank* for petitioners. *Chester H. Gray, Milton D. Korman* and *Henry E. Wixon* for respondent.

No. 704, Misc. SMITH *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *John D. Fauntleroy* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson* and *Beatrice Rosenberg* for the United States.

No. 661, Misc. SMITH *v.* FLORIDA. Supreme Court of Florida. Certiorari denied. Petitioner *pro se. Richard W. Ervin,* Attorney General of Florida, and *Odis M. Henderson,* Special Assistant Attorney General, for respondent.

No. 1047. COSTELLO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Edward Bennett Williams, Agnes A. Neill* and *Morris Shilensky* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, Joseph F. Goetten* and *Myron C. Baum* for the United States.